FILED

FEB 21 2006

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LORRIE A. GARAFFA, )
)
   Plaintiff, )
) **06CV963**
vs. ) **JUDGE LEFKOW**
) **MAGISTRATE JUDGE COLE**
PATHWAY SENIOR LIVING LLC, )
D/B/A VICTORY CENTRE OF JOLIET )
) Magistrate:
)
   Defendant. )

## COMPLAINT

### SEX DISCRIMINATION

LORRIE A. GARAFFA (GARAFFA), by her attorneys, GAFFNEY & GAFFNEY, for her Complaint against PATHWAY SENIOR LIVING LLC, D/B/A VICTORY CENTRE OF JOLIET (VICTORY CENTRE OF JOLIET) states:

1. This cause of action is brought pursuant to Title VII of the Civil Rights Act of 1964. 42 U.S.C. § 2000 e, *et seq.* Jurisdiction is provided for in a suit by an employee against an employer pursuant to 42 U.S.C. § 2000 e and the Civil Rights Act of 1991, 29 U.S.C. § 1981(a), *et seq.*

2. LORRIE A. GARAFFA (GARAFFA) was an employee of PATHWAY SENIOR LIVING LLC, D/B/A VICTORY CENTRE OF JOLIET as defined by 42 U.S.C. § 2000 e - 5(b) and is a "person aggrieved" pursuant to 42 U.S.C. § 2000 e - 5(f)(1).

3. GARAFFA'S gender is female.

1

4. PATHWAY SENIOR LIVING LLC is an Illinois limited liability company located in Des Plaines, Illinois and acts under the adopted or assumed name VICTORY CENTRE OF JOLIET which is located in Joliet, Illinois.

5. PATHWAY SENIOR LIVING LLC D/B/A VICTORY CENTRE OF JOLIET (VICTORY CENTRE OF JOLIET) was the "employer" of GARAFFA as defined by 42 U.S.C. § 2000 e (b).

6. GARAFFA was first employed by VICTORY CENTRE OF JOLIET at the Joliet, Illinois location in April 2003 and last held the position of Property Manager at the time of her termination on October 17, 2005.

7. Section 703 (a)(1) (§ 2000e-2) of Title VII of the Civil Rights Act of 1964 states:
"It shall be an unlawful employment practice for an employer – to fail or refuse to hire or to discharge any individual, or otherwise to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, or national origin."

8. On or about October 17, 2005 GARAFFA was informed that her employment would be terminated. GARAFFA'S termination was on the basis of her sex, female.

9. On November 4, 2005, GARAFFA filed a charge of discrimination with the EEOC (EEOC Charge #210-2006-00690). A true copy of said charge is attached hereto as Exhibit A and incorporated herein.

10. On or about December 29, 2005, GARAFFA received a Notice of Right to

2

Sue from the Equal Employment Opportunity Commission pertaining to charge #210-2006-00690. A true copy of said Notice of Right to Sue are attached hereto as Exhibit B and incorporated herein.

11. As a direct and proximate result of VICTORY CENTRE OF JOLIET'S termination because of GARAFFA'S sex in violation of Title VII of the Civil Rights Act of 1964, GARAFFA has sustained damages, which includes back pay, front pay, loss of future income expectancy, compensatory damages, and the value of lost employment benefits.

12. VICTORY CENTRE OF JOLIET has acted with malice or with reckless indifference to GARAFFA'S federally protected rights to be free from sex discrimination in employment in violation of Title VII of the Civil Rights Act of 1964. As a result thereof, GARAFFA seeks punitive damages in addition to compensatory damages and other make whole relief pursuant to 42 U.S.C. § 1981 A(b)(1).

WHEREFORE, GARAFFA seeks judgment against VICTORY CENTRE OF JOLIET for all legal and equitable relief available pursuant to Title VII of the Civil Rights Act of 1964 and the Civil Rights Act of 1991, 42 U.S.C. § 1981 (a), *et. seq.*, plus punitive damages, attorney's fees, litigation expenses and costs of suit.

_____
Glenn R. Gaffney, Attorney for Plaintiff

### JURY DEMAND

Plaintiff demands trial by jury pursuant to the Civil Rights Act of 1991, 42 U.S.C. § 1981 a(c)(1).

3

_/s/ Glenn R. Gaffney_
Glenn R. Gaffney, Attorney for Plaintiff

Gaffney & Gaffney
Glenn R. Gaffney
1771 Bloomingdale Road
Glendale Heights, IL 60139
630-462-1200
Attorney No. 6180598

4

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: <br>☐ FEPA <br>☒ EEOC | Agency(ies) Charge No(s): <br>210-2006-00690 |
|---|---|---|

Illinois Department Of Human Rights  and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Ms. Lorrie A. Garaffa | (815) 439-3587 | 07-01-1964 |

Street Address: 23306 W Margaret Ct, Plainfield, IL 60586

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PATHWAY SENIOR LIVING D/B/A | 201 - 500 | (815) 724-0308 |

Street Address: Victory Centre of Joliet, 31 N. Broadway, Joliet, IL 60435

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-17-2005    Latest: 10-17-2005
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began my employment with Respondent in April 2003, and my most recent position was Property Manager. On October 17, 2005, I was discharged for unprofessional behavior. My male supervisor who had engaged in unprofessional and illegal behavior was not discharged.

I believe that I have been discriminated against based on my sex, female, in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
NOV 0 4 2005
CHICAGO DISTRICT OFFICE

EXHIBIT A

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Nov 04, 2005        x /s/ Lorrie Garaffa
Date                    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

EEOC Form 161 (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# DISMISSAL AND NOTICE OF RIGHTS

To: Lorrie A. Garaffa
23306 W Margaret Ct
Plainfield, IL 60586

From: Chicago District Office
500 West Madison St
Suite 2800
Chicago, IL 60661

Certified No.: 7099 3400 0014 4055 3286

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210-2006-00690 | Danielle Rossi, Investigator | (312) 353-0897 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe* P.H      December 29, 2005

Enclosure(s)     John P. Rowe,      (Date Mailed)
District Director

cc: Brian Cloch, Owner
PATHWAY SENIOR LIVING d/b/a Victory Centre of Joliet
701 Lee St., Suite 450
Des Plaines, IL 60016

**EXHIBIT B**